IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Pugh, Darryl | Case Number: 06 B 14591 |
|---|---|---|
| | Pugh, Pamela Victoria | Judge: Wedoff, Eugene R |
| | Printed: 2/5/08 | Filed: 11/8/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 20, 2007
Confirmed: January 11, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,920.00 | |
| Secured: | | 7,670.51 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 807.95 |
| Trustee Fee: | | 441.54 |
| Other Funds: | | 0.00 |
| Totals: | 8,920.00 | 8,920.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 807.95 |
| 2. | Condor Capital Corp | Secured | 12,617.60 | 1,460.24 |
| 3. | HomeComings Financial Network | Secured | 12,113.51 | 6,210.27 |
| 4. | HomeComings Financial Network | Secured | 15,405.37 | 0.00 |
| 5. | Illinois Dept of Revenue | Priority | 2,097.73 | 0.00 |
| 6. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 7. | Condor Capital Corp | Unsecured | 6,662.38 | 0.00 |
| 8. | Illinois Dept of Revenue | Unsecured | 320.21 | 0.00 |
| 9. | Internal Revenue Service | Priority | | No Claim Filed |
| 10. | Household Bank FSB | Unsecured | | No Claim Filed |
| 11. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 52,216.80 | $ 8,478.46 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 321.12 |
| 5.4% | 120.42 |
| | _____ |
| | $ 441.54 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Pugh, Darryl | Case Number:  06 B 14591 |
| Pugh, Pamela Victoria | Judge:  Wedoff, Eugene R |
| Printed:  2/5/08 | Filed:  11/8/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

